UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF EDINBURGH COUNCIL ON BEHALF OF THE LOTHIAN PENSION FUND, FORTIS INVESTMENT MANAGEMENT N.V./S.A., and DEKA INVESTMENT GMBH, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ERICSSON LM TELEPHONE CO., CARL-HENRIK SVANBERG and KARL-HENRIK SUNDSTROM,<br><br>Defendants. | 07 CV 11617<br><br>Rule 7.1 Statement<br><br> |

Pursuant to Federal Rule of Civil Procedures 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs City of Edinburgh Council on Behalf of the Lothian Pension Fund, Fortis Investment Management N.V./S.A., and Deka Investment GmbH (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries, of said party which are publicly held: None.

Date: 12/27/07

Andrei V. Rado (AR-3724)