AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

CITY OF EDINBURGH COUNCIL ON BEHALF OF THE LOTHIAN
PENSION FUND, FORTIS INVESTMENT MANAGEMENT N.V./S.A.,
DEKA INVESTMENT GMBH, Individually and On Behalf of
All Others Similarly Situated,

**APPEARANCE**

                              Plaintiffs,
vs.

Case Number: 07-cv-11617

ERICSSON LM TELEPHONE CO., CARL-HENRIK SVANBERG
and KARL-HENRIK SUNDSTROM,

                              Defendants.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Jacques Furher

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/1/2008 | _/s/ Lawrence D. McCabe_ |
| Date | Signature |
| | Lawrence D. McCabe        LM 1846 |
| | Print Name        Bar Number |
| | 275 Madison Avenue, 8th Floor |
| | Address |
| | New York    NY    10016 |
| | City    State    Zip Code |
| | (212) 682-1818      (212) 682-1892 |
| | Phone Number      Fax Number |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 1, 2008, I caused to be electronically filed the foregoing APPEARANCE OF LAWRENCE D. MCCABE with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

I FURTHER CERTIFY that I caused the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

N/A

**MURRAY, FRANK & SAILER LLP**

By: ⎯⎯⎯⎯/s/⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Lawrence D. McCabe (LM 1846)
Brian P. Murray (BM 9954)
275 Madison Avenue, 8th Floor
New York, New York 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

**Proposed Lead Counsel for the Class**